

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-28-2002

# Keeshan v. Home Depot USA Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-1991

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Keeshan v. Home Depot USA Inc" (2002). *2002 Decisions.* Paper 309.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/309

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 01-1991
_____

MICHAEL J. KEESHAN,

vs.

HOME DEPOT U.S.A., INC.; MICHAEL RIZK;
GREGG SMITH,

Michael Keeshan, Appellant.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. No. 00-cv-00529)
District Judge:  The Honorable Robert F. Kelly
_____

ARGUED MARCH 22, 2002

BEFORE: NYGAARD, ROTH, and AMBRO, Circuit Judges.

(Filed:  May 28, 2002)
_____

Dolores M. Troiani, Esq. (Argued)
45 Darby Road
Paoli, PA 19310
        Counsel for Appellant


Judith E. Harris, Esq. (Argued)
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
        Counsel for Appellee

_____

OPINION OF THE COURT
_____


NYGAARD, Circuit Judge.
        Appellant, Michael Keeshan, appeals from an order of the District Court
which granted summary judgment in favor of The Home Depot U.S.A., Inc.  Appellant
alleges as error the issues listed in paragraph I, taken from his brief.  Because we
conclude that the District Court did not err, we will affirm.
                                I.
        The allegations of error asserted by Appellant are as follows:
                1.  Did the trial court err in failing to consider Appellant's evidenc

pretext?

　　　　2.　Did the trial court err in failing to consider the evidence in the
most favorable to the non-moving party?

　　　　3.　Did the trial court err in granting the motion as to Appellant's A
and PHRA claims?

　　　　4.　Did the trial court err in granting summary judgment as to
Appellant's FMLA claim?

　　　　5.　Did the trial court err in granting summary judgment as to
Appellant's defamation claim?

II.

The facts and procedural history of this case are well known to the parties and the Court, and it is not necessary that we restate them here. The Court has heard oral argument on the issues presented to us in this appeal. There are three reasons why we write an opinion of the court: to instruct the District Court, to educate and inform the attorneys and parties, and to explain our decision. None of these reasons are presented here. We use a not-precedential opinion in cases such as this, in which a precedential opinion is rendered unnecessary because the opinion has no institutional or precedential value. See United States Court of Appeals for the Third Circuit, Internal Operating Procedure (I.O.P.) 5.2. In this case, we have concluded that neither a full memorandum explanation nor a precedential opinion is indicated because of the very extensive and thorough opinion filed by Judge Robert F. Kelly of the District Court. Judge Kelly's opinion adequately explains and fully supports its order and refutes the Appellant's allegations of error. Hence, we believe it wholly unnecessary to further opine, or offer additional explanations and reasons to those given by the District Court, why we will affirm. It is a sufficient explanation to say that, essentially for the reasons given by the District Court in its opinion dated the 27th day of March, 2001, we will affirm.

III.

In sum, for the foregoing reasons, we will affirm the order of the District Court dated March 27, 2001 and entered on March 28, 2001.

_____

TO THE CLERK:

　　　　Please file the foregoing opinion.

　　　　　　　　　　/s/　Richard L. Nygaard　_____
　　　　　　　　Circuit Judge